IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA　　　　　　　　　　　　　　　　　　PLAINTIFF

v.　　　　　　　　　CASE NO. 4:18-CR-00218-BSM

IAN BAYLEE MOYTOY　　　　　　　　　　　　　　　　　　　　DEFENDANT

## ORDER

The Eighth Circuit has issued its mandate [Doc. No. 104] on Ian Bayley Moytoy's appeal [Doc. No. 59].  The stay [Doc. No. 100] on Moytoy's amended motion to vacate, set aside, or correct sentence [Doc. No. 81] is therefore lifted and the government has fourteen days to respond.

Moytoy's motion for reconsideration [Doc. No. 103] is granted.  Moytoy was sentenced on November 8, 2019, and now requests placement at FCC Butner or Rochester Federal Medical Center.  Although discretion over the placement of inmates rests with the Federal Bureau of Prisons (BOP), it is requested that Moytoy be placed in FCC Butner or Rochester Federal Medical Center, if the BOP determines that such placement is appropriate.

IT IS SO ORDERED this 9th day of September, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE